```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-13-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

ANTOINE BOSTICK,

               Defendant.

-------------------------------------------------------------------- x

18-CR-26 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **November 14, 2023** at **2:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           November 13, 2023

                                          _____
                                          ANDREW L. CARTER, JR.
                                          United States District Judge