```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                  :
                                           :
                          Plaintiff,       :
                                           :    18-CR-26 (ALC)
             -against-                     :
                                           :
ANTOINE BOSTICK,                           :    ORDER
                                           :
                          Defendant.       :
                                           :
------------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **December 11, 2023** at **3:30 p.m**.

**SO ORDERED.**

Dated:    New York, New York
          December 7, 2023

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**