```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-2-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

      - v. -                                     18-CR-26 (ALC)

                                               <u>ORDER</u>

ANTOINE BOSTICK,

                    Defendant.
------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      A Violation of Supervised Release Hearing is set for **May 2, 2024** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            April 30, 2024

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**